AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SENN BROTHERS, INC.,

    Plaintiff,

                  v.

HEAVENLY PRODUCE PALACE LLC
and LEAIRRA JEAN MORENO,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 119-196

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of May 4, 2020, Plaintiff's Motion for Entry of Default Judgment is GRANTED IN PART and DENIED IN PART.  Judgment is entered in favor of Plaintiff, SENN BROTHERS, INC.  and against Defendants, HEAVENLY PRODUCE PALACE LLC and LEAIRRA JEAN MORENO, jointly and severally, in the amount of $26,867.01.

This civil action stands CLOSED.

05/04/2020                            John E. Triplett, Acting Clerk
Date                                        Clerk



*Tara H. Burton*

(By) Deputy Clerk

GAS Rev 10/1/03